IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV374

| | |
|---|---|
| RONALD W. WALDEN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PACIFIC AVENUE II, L.L.C., ) | |
| a North Carolina Limited Liability ) | |
| Company, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon its own motion. This lawsuit was filed by the Plaintiff on August 11, 2010. The court takes judicial notice that the Defendant Pacific Avenue II, LLC filed for bankruptcy under Chapter 11 in July. The Plaintiff in this case is in violation of the automatic stay and may be in contempt of court. Accordingly, the court refers this matter to the bankruptcy court for such proceedings as it deems appropriate.

IT IS SO ORDERED.

Signed: August 18, 2010

Graham C. Mullen
United States District Judge